

FILED
6/29/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DAVID COLLINS, a/k/a "Big Boy" and "D-Boy,"
CORTNEY HANES, a/k/a "C-Dog" and "Cort,"
TYRONE THOMAS, a/k/a "Smooth" and "Smoove,"
BARRY SPIRES, a/k/a "Barry" and "Big Barry,"
EARNEST CATCHINGS, a/k/a "Ken" and "PJ,"
DARIUS WATERS, a/k/a "Cuz,"
DEONTARIO PRATER, a/k/a "290," Lil Moe," and "Moeski,"
DARIUS CHAMBERS, a/k/a "Dede," "Fat Boy," and "GP,"
KEVIN CATCHINGS, a/k/a "BJ,"
TIA CHAMBERS, a/k/a "TT,"
ERIK MILLER, a/k/a "Chicken,"
OCTAVIUS KYLES, a/k/a "Mook" and "Unc,"
ALEX LEFLORE, a/k/a "Reese,"
ESSEX DAVIS, a/k/a "Ese" and "Oso"

Case No. **1:26-cr-00360
Judge LaShonda A. Hunt
Magistrate Judge Keri L. Holleb Hotaling
Random/Cat. 2**

Violations: Title 21, United States Code, Sections 841(a)(1) and 846

**<u>UNDER SEAL</u>**

**<u>COUNT ONE</u>**

The SPECIAL APRIL 2025 GRAND JURY charges:

1. Beginning no later than on or about September 9, 2024, and continuing until on or about June 4, 2026, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

> DAVID COLLINS, a/k/a "Big Boy" and "D-Boy,"
> CORTNEY HANES, a/k/a "C-Dog" and "Cort,"
> TYRONE THOMAS, a/k/a "Smooth" and "Smoove,"
> BARRY SPIRES, a/k/a "Barry" and "Big Barry,"
> EARNEST CATCHINGS, a/k/a "Ken" and "PJ,"
> DARIUS WATERS, a/k/a "Cuz,"
> DEONTARIO PRATER, a/k/a "290," Lil Moe," and "Moeski,"
> DARIUS CHAMBERS, a/k/a "Dede," "Fat Boy," and "GP,"
> KEVIN CATCHINGS, a/k/a "BJ,"

TIA CHAMBERS, a/k/a "TT,"
ERIK MILLER, a/k/a "Chicken,"
OCTAVIUS KYLES, a/k/a "Mook" and "Unc,"
ALEX LEFLORE, a/k/a "Reese," and
ESSEX DAVIS, a/k/a "Ese" and "Oso"

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance; a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; and a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

2.      With respect to DAVID COLLINS, CORTNEY HANES, BARRY SPIRES, and DARIUS WATERS, the offense involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, and 100 grams or more of a mixture an substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.      With respect to TYRONE THOMAS, EARNEST CATCHINGS, and DEONTARIO PRATER, the offense involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about July 18, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAVID COLLINS, a/k/a "Big Boy" and "D-Boy,"
DARIUS WATERS, a/k/a "Cuz," and
CORTNEY HANES, a/k/a "C-Dog" and "Cort,"

defendants herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about August 1, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DARIUS WATERS, a/k/a "Cuz," and
BARRY SPIRES, a/k/a "Barry" and "Big Barry,"

defendants herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, and 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about June 4, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

TYRONE THOMAS, a/k/a "Smooth" and "Smoove,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about July 1, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

OCTAVIUS KYLES, a/k/a "Mook" and "Unc,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about August 15, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DEONTARIO PRATER, a/k/a "290," "Lil Moe," and "Moeski,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about September 6, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

EARNEST CATCHINGS, a/k/a "Ken" and "PJ,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about September 12, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DARIUS CHAMBERS, a/k/a "Dede," "Fat Boy," and "GP,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about September 23, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KEVIN CATCHINGS, a/k/a "BJ,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about November 2, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ESSEX DAVIS, a/k/a "Ese" and "Oso,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT ELEVEN

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about December 6, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

TIA CHAMBERS, a/k/a "TT,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWELVE

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about January 21, 2026, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ALEX LEFLORE, a/k/a "Reese,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about February 7, 2026, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ERIK MILLER, a/k/a "Chicken,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Aaron R. Bond on behalf of the
UNITED STATES ATTORNEY